**Order entered October 27, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00716-CV

### IN RE VICTOR ENTERPRISES, INC., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-07625-A**

## ORDER

Based on the court's opinion of this date, we **GRANT** the petition for writ of mandamus. We **ORDER** the Honorable Mary Murphy, Presiding Judge of the First Administrative Judicial Region, to refer this matter to the Presiding Judge of the Dallas County Civil Courts at Law for a determination no later than Thursday, November 13, 2014 whether this case should be transferred from County Court at Law No. 1 to another court to provide for the "efficient operation of the court system and effective administration of justice." *See* TEX. GOV'T CODE ANN. § 74.092(10) (West 2013). If the Presiding Judge of the Dallas County Civil Courts at Law is not able to perform this duty, we **ORDER** the Honorable Mary Murphy, to perform that duty in accordance with Texas Government Code section 74.046(5). *See id.* § 74.046(5). We **DIRECT** the Honorable Mary Murphy, Presiding Judge of the First Administrative Judicial Region, to advise this Court no later than Thursday, November 13, 2014 whether this case has been transferred from County Court at Law No. 1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: (1) the Honorable Mary Murphy, Presiding Judge, First Administrative Judicial Region; (2) the Honorable Ken Tapscott, Presiding Judge, Dallas County Civil Courts at Law; (3) the Honorable D'Metria Benson, Presiding Judge, County Court at Law No. 1; and (4) all parties.

We **DENY** relator's request for sanctions and attorney's fees. We **ORDER** that relator recover the costs of this original proceeding from real party in interest.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE